521
04/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

In Re:  *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Omar Jay Alegria**
 920E Mission Rd Apt 3
Fallbrook, CA 92028−6507
xxx−xx−5803
*No Known Aliases*

Case number:  24−04888−CL7
Chapter:  7
Judge  Christopher B. Latham

## Notice of Debtor's Failure to Provide Income Tax Return

The Debtor has failed to comply with 11 U.S.C. §521(e)(2)(A) and has not timely provided the required income tax return to the trustee within seven (7) days before the date first set for the first meeting of creditors. Failure to comply with the above requirement may result in dismissal without further notice.

Dated: 1/22/25

Mark T. Schnakenberg
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 24-04888-CL |
| Omar Jay Alegria | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 1 |
| Date Rcvd: Jan 22, 2025 | Form ID: 521 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Omar Jay Alegria, 920E Mission Rd Apt 3, Fallbrook, CA 92028-2220 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2025                              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Omar Jay Alegria bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Leonard J. Ackerman | ljabkatty@gmail.com  lja@trustesolutions.net |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 3