Certificate Number: 14912-CAS-DE-039284479

Bankruptcy Case Number: 24-04888



14912-CAS-DE-039284479

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2025, at 4:16 o'clock PM EST, Omar Alegria completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date:  January 28, 2025

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor